## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD GRADY II, | Case No. 14-CV-1245 |
| Plaintiff, | |
| v. | Honorable Harry D. Leinenweber |
| BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY, F. WILLIAM NICKLAS, JOHN G. PETERS, STEVEN CUNNINGHAM, JERRY D. BLAKEMORE, DEBRA BOUGHTON, KATHERINE LITTLE, RANDI NAPIENTEK, JONATHON OSTENBURG and MICHAEL STANG | |
| Defendants. | |

### **DECLARATION OF GERALD L. MAATMAN, JR.**

I, GERALD L. MAATMAN, JR., based on my personal knowledge and pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am over the age of 18 and I have personal knowledge of the following facts.

2. I am an attorney with Seyfarth Shaw LLP, and I am lead counsel for Defendants in this matter.

3. I make this declaration in support of Defendants' motions for summary judgment, motion for leave to file, and motion for additional pages, filed concurrently herewith.

4. Attached hereto as Exhibits 1 is a true and correct copy of excerpts of the transcript of the deposition of Donald Grady II.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of John G. Peters.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Steven Cunningham.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the deposition of Randi Napientek.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript of the deposition of Alan Rosenbaum.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of the deposition of Katherine Little.

10. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript of the deposition of Debra Boughton.

11. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of the deposition of Michael Stang.

12. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the transcript of the deposition of Jonathon Ostenburg.

13. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of the deposition of Douglas Baker.

14. Attached hereto as Exhibit 11 is a true and correct copy of the subpoena issued for the deposition of Elliot Echols.

15. Attached hereto as Exhibit 12 are true and correct copies of the subpoena issued for the deposition of Douglas Baker and the cover page of the deposition transcript.

16. Attached hereto as Exhibit 13 is a true and correct copy of the July 12, 2013 email chain between Alan Rosenbaum and Debra Boughton that was previously produced to Plaintiff (NIULIT000646-648).

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2016

<u>*/s/ Gerald L. Maatman, Jr.*</u>

## **CERTIFICATE OF SERVICE**

I, Gerald L. Maatman, Jr. an attorney, do hereby certify that, on this 28th day of October, 2016, I have caused a true and correct copy of the foregoing DECLARATION OF GERALD L. MAATMAN, JR. to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

>Michael R. Fox
>Fox & Fox
>124 West Broadway
>Monona, WI 53716
>
>Randall B. Gold
>Fox & Fox, S.C.
>111 East Wacker Drive, Suite 2600
>Chicago, IL 60601

/s/ Gerald L. Maatman, Jr.

27032681v1